UNITED STATES DISTRICT COURT    JS-6 / REMAND
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-7257-DMG (PVCx)** | Date | September 14, 2020 |
|---|---|---|---|
| Title | *Lymbhya T. Garcia v. Target Brands, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS— ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [10]**

On August 20, 2020, Plaintiff Lymbhya T. Garcia filed a motion to remand ("MTR") this action to the Los Angeles County Superior Court, [Doc. # 14] after Defendant Target Corporation removed the action to this Court on August 12, 2020, [Doc. # 1].  The matter is currently set for hearing on September 18, 2020.  *See* MTR.  Plaintiff's opposition was due no later than August 28, 2020.  *See* C.D. Cal. L.R. 7-9 (opposition papers due at least 21 days before the date of the motion hearing).  No opposition has been filed, and the time to do so has now passed.

The MTR is therefore **GRANTED** for failure to oppose.  *See Oakley, Inc. v. Nike, Inc.*, 988 F. Supp. 2d 1130, 1139 (C.D. Cal. 2013) (citing L.R. 7-12) ("[T]he Local Rules permit the Court [to] deem failure to oppose as consent to the granting of the motion.").  The Court hereby **REMANDS** this action to the Los Angeles County Superior Court.  The September 18, 2020 hearing and all other hearing dates and deadlines are **VACATED**.

**IT IS SO ORDERED.**